**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 APR 11 PM 3: 46

CLERK_____
SO. DIST. OF GA.

UNITED STATES OF AMERICA,

   Plaintiff,

  v.

MICHAEL LEWIS PITTS,

   Defendant.

CRIMINAL ACTION NO.: 4:19CR12

**O R D E R**

  This matter is before the Court on the Motion for Leave of Absence by Paul Mooney

counsel for Defendant Michael Lewis Pitts, for the dates of May 31, 2019 through and

including June 10, 2019 and August 26, 2019 through and including September 6, 2019.

(Doc. 12.)  After careful consideration, said Motion is **GRANTED**.

  **SO ORDERED**, this _14th_ day of April, 2019.

           _____
           CHRISTOPHER L. RAY
           MAGISTRATE JUDGE
           SOUTHERN DISTRICT OF GEORGIA