# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR419-012 |
| | ) | |
| MICHAEL LEWIS PITTS | ) | |

## ORDER

The Government has requested that Pitts provide reciprocal discovery. Doc. 34. The Government contends that its production of discovery triggered Pitts' reciprocal obligations. *See* Fed. R. Crim. P. 16(b)(1)(A). Pitts has not responded to the Government's motion. His silence is construed as non-opposition. *See* S.D. Ga. L. Civ. R. 7.5 ("Failure to respond within the applicable time shall indicate that there is no opposition to a motion."); S.D. Ga. L. Crim. R. 1.1 (incorporating the Local Civil Rules, "as to matters of procedure and administration not addressed" by the Local Criminal Rules). Accordingly, the Government's motion (doc. 34) is **GRANTED as unopposed**.

**SO ORDERED,** this 18th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA