# In the United States District Court for the Southern District of Georgia Savannah Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR 419-012 |
| | ) | |
| MICHAEL LEWIS PITTS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant Michael Pitts's Motion For Extension of Time to File a 28 U.S.C. § 2255 Motion. Dkt. No. 124. The Court does not have jurisdiction to consider Defendant's request. Because Defendant has yet to file an actual § 2255 motion, there is no actual case or controversy to be heard. Swichkow v. United States, 565 F. App'x 840, 844 (11th Cir. 2014) (upholding district court's conclusion that it lacked jurisdiction to consider defendant's motion for extension to the § 2255 limitations period absent a formal request for habeas relief). Accordingly, Defendant's motion is **DISMISSED**.

**SO ORDERED** this 4 day of August, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA