# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL LEWIS PITTS, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | CV422-197 |
| ) | CR419-012 |
| UNITED STATES OF ) | |
| AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

*Pro se* movant Michael Lewis Pitts has filed a motion seeking to vacate, set aside, or correct his 2019 conviction. *See* doc. 126 at 1.[1] The Government moved to unseal documents from Pitts' criminal case related to his requests for new counsel. *See* doc. 128 at 2. Pitts did not oppose that motion within the fourteen-day period under this Court's Local Rules. *See* S.D. Ga. L. Civ. R. 7.5. In response to the Court's direction that he explicitly affirm his non-opposition, Pitts filed a response that simply stated his opposition. Doc. 132. The Court then reviewed the documents in question, determined that they were properly unsealed,

---

[1] The Court cites to the criminal docket in CR419-012 unless otherwise noted.

and granted Pitts a final opportunity to identify any portions which he contended should remain sealed. *See generally* doc. 133. He has responded to that Order and indicated that he does not contend that any portion of the documents should be redacted. *See* doc. 135.

Accordingly, the Clerk is **DIRECTED** to **UNSEAL** the requested documents. Docs. 56, 100, 102 & 107. The stay upon the Government's deadline to respond to Pitts' § 2255 motion is lifted. The Government is **DIRECTED** to respond to that Motion, doc. 126, within ninety days from the date of this Order. 28 U.S.C. § 2255, Rule 4(b).

**SO ORDERED,** this 7th day of November, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA